IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

CC HOLDINGS, LLC,
CC BRIARCLIFF, LLC,
CONTINUUM COURTYARDS, LLC,
AND COURTYARDS BRIARCLIFF, LLC,

    Plaintiffs/Counter-Defendants,

vs.                                                     Docket No. 3:16-CV-00561

EAST LAKE ACQUISITION COMPANY IV, LLC

    Defendant/Counter-Plaintiff.

## MOTION FOR VOLUNTARY DISMISSAL

Come the original Plaintiffs, CC Holdings, LLC, CC Briarcliff, LLC, Continuum Courtyards, LLC and Courtyards Briarcliff, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and move the Court for an order of voluntary dismissal, without prejudice, dismissing the original Complaint filed in this action.

Respectfully submitted this 9th day of March, 2017.

                                                             ATTORNEYS FOR PLAINTIFFS

                                                             *s/ DARYL R. FANSLER*
                                                             DARYL R. FANSLER (BPR 010219)

BERNSTEIN, STAIR & MCADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
(865) 546-8030

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                             *s/ DARYL R. FANSLER*
                                                          DARYL R. FANSLER (BPR 010219)
                                                          BERNSTEIN, STAIR & MCADAMS LLP
                                                          116 Agnes Road
                                                          Knoxville, Tennessee 37919
                                                          (865) 546-8030