**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | |
|---|---|
| CC HOLDINGS, LLC, ) <br> CC BRIARCLIFF, LLC, ) <br> CONTINUUM COURTYARDS, LLC, ) <br> AND COURTYARDS BRIARCLIFF, LLC, ) <br> ) <br>     Plaintiffs/Counter-Defendants, ) <br> vs. ) <br> ) Docket No. 3:16-CV-00561 <br> EAST LAKE ACQUISITION ) <br> COMPANY IV, LLC ) <br>     Defendant/Counter-Plaintiff. ) | |

## STATUS REPORT

Pursuant to Section 5 of the Court's November 7, 2011 Scheduling Order [Docket No. 13] Plaintiffs CC Holdings, LLC, CC Briarcliff, LLC, Continuum Courtyards, LLC, and Courtyards Briarcliff, LLC ("Plaintiffs") and Defendant East Lake Acquisition Company IV LLC ("East Lake") (collectively, the "Parties") hereby submit the following as their Status Report and, in support thereof, report as follows:

1. Since issuing the Scheduling Order, the Parties have been actively engaged in settlement discussions, including the exchange of written settlement offers. The Parties are continuing these discussions and are hopeful the Parties will reach a resolution to the case on or before the June 13, 2017 alternative dispute resolution/mediation deadline set forth in the Scheduling Order.

2. Notwithstanding the Parties ongoing settlement discussions, the Parties have been and are currently engaged in discovery. In particular, the Parties have exchanged initial disclosures, Plaintiffs have issued written discovery to East Lake, East Lake has responded to Plaintiffs' written discovery and the Parties are scheduling depositions for May and June, 2016 in the event they cannot resolve the case by that time.

Respectfully submitted this 11th day of April, 2017.

By: _s/Daryl R. Fansler_
    Daryl R. Fansler, Esq.
    BERNSTEIN, STAIR & McADAMS, LLP
    116 Agnes Road
    Knoxville, Tennessee 37919
    dfansler@bsmlaw.com

*Attorneys for Plaintiffs*

By: _s/ Mark C. Willis_
    Mark C. Willis (*admitted pro hac vice*)
    **KUTAK ROCK LLP**
    1801 California Street, Suite 3000
    Denver, Colorado 80202
    (303) 297-2400
    mark.willis@kutakrock.com

    W. Travis Parham (TN# 16846)
    **WALLER LANSDEN DORTCH & DAVIS, LLP**
    511 Union Street, Suite 2700
    Nashville, TN 37219
    (615) 244-6380
    Travis.parham@wallerlaw.com

*Attorneys for Defendant*
*East Lake Acquisition Company IV LLC*

4838-9775-2390.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2017 I electronically filed and served the foregoing pleading with the Clerk of Court using the CM/ECF system, and served a copy on the following via e-service through the CM/ECF system as indicated below:

Daryl R. Fansler, Esq.
BERNSTEIN, STAIR & McADAMS, LLP
116 Agnes Road
Knoxville, Tennessee 37919
dfansler@bsmlaw.com

*Attorneys for Plaintiffs*

W Travis Parham
Waller, Lansden, Dortch & Davis, LLP
(Nashville)
Nashville City Center
511 Union Street
Suite 2700
Post Office 198966
Nashville, TN 37219-8966
615-244-6380
Fax: 615-244-6804
Email: travis.parham@wallerlaw.com

*Attorneys for Defendant*
*East Lake Acquisition Company IV LLC*

      *s/Mark C. Willis*
      Mark C. Willis