# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

CC HOLDINGS, LLC,
CC BRIARCLIFF, LLC,
CONTINUUM COURTYARDS, LLC,
AND COURTYARDS BRIARCLIFF, LLC,

    Plaintiffs/Counter-Defendants,

vs.                                                     Docket No. 3:16-CV-00561

EAST LAKE ACQUISITION COMPANY IV, LLC

    Defendant/Counter-Plaintiff.

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)2

Come the Plaintiffs, CC Holdings, LLC, CC Briarcliff, LLC, Continuum Courtyards, LLC and Courtyards Briarcliff, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), move the Court for an order dismissing the Complaint filed in this action. In support of the motion, Plaintiffs rely upon the Memorandum of Law submitted simultaneously herewith.

Respectfully submitted this 9th day of May, 2017.

                                                      ATTORNEYS FOR PLAINTIFFS

                                                      *s/ DARYL R. FANSLER*
                                                     DARYL R. FANSLER (BPR 010219)

BERNSTEIN, STAIR & MCADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
(865) 546-8030

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                    *s/ DARYL R. FANSLER*
                                                    DARYL R. FANSLER (BPR 010219)
                                                    BERNSTEIN, STAIR & MCADAMS LLP
                                                    116 Agnes Road
                                                    Knoxville, Tennessee 37919
                                                    (865) 546-8030