IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

CC HOLDINGS, LLC,
CC BRIARCLIFF, LLC,
CONTINUUM COURTYARDS, LLC,
AND COURTYARDS BRIARCLIFF, LLC,

    Plaintiffs/Counter-Defendants,

vs.                                             Docket No. 3:16-CV-00561

EAST LAKE ACQUISITION COMPANY IV, LLC

    Defendant/Counter-Plaintiff.

## NOTICE OF SERVICE

Plaintiffs/Counter-Defendants, CC Holdings, LLC, CC Briarcliff, LLC, Continuum Courtyards, LLC and Courtyards Briarcliff, LLC (collectively, "Seller"), hereby appear and provide notice that pursuant to Federal Rules of Civil Procedure 34, Plaintiffs' Second Request for Production of Documents Propounded to Defendant, were served upon all attorneys via electronic mail on the 5th day of June, 2017.

Respectfully submitted this 5th day of June, 2017.

                                        ATTORNEYS FOR COUNTER-DEFENDANTS

                                        *s/ DARYL R. FANSLER*
                                        DARYL R. FANSLER (BPR 010219)

BERNSTEIN, STAIR & MCADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
(865) 546-8030

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/ DARYL R. FANSLER*
DARYL R. FANSLER (BPR 010219)
BERNSTEIN, STAIR & MCADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
(865) 546-8030
