IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CC HOLDINGS, LLC, <br> CC BRIARCLIFF, LLC, <br> CONTINUUM COURTYARDS, LLC, <br> AND COURTYARDS BRIARCLIFF, LLC, <br><br> Plaintiffs/Counter-Defendants, <br> vs. <br><br> EAST LAKE ACQUISITION <br> COMPANY IV, LLC <br> Defendant/Counter-Plaintiff. | Docket No. 3:16-CV-00561 |

## ALTERNATIVE DISPUTE RESOLUTION STATUS REPORT

Pursuant to Section 6 of the Court's November 7, 2011 Scheduling Order [Docket No. 13] Plaintiffs CC Holdings, LLC, CC Briarcliff, LLC, Continuum Courtyards, LLC, and Courtyards Briarcliff, LLC ("Plaintiffs") and Defendant East Lake Acquisition Company IV LLC ("East Lake") (collectively, the "Parties") hereby submit the following as their Alternative Dispute Resolution Status Report and, in support thereof, report as follows:

The Parties have reached an agreement to utilize mediation in this matter. More specifically, the Parties are scheduled to mediate this matter on June 29, 2017 with Gayle Malone, Jr. of the law firm of Butler Snow LLP in Nashville, Tennessee. In the event the Parties are able to reach a resolution on or before the mediation, they will notify the Court accordingly.

Respectfully submitted this 13th day of June, 2017.

By: *s/Daryl R. Fansler*
   Daryl R. Fansler, Esq.
   BERNSTEIN, STAIR & McADAMS, LLP
   116 Agnes Road
   Knoxville, Tennessee 37919
   dfansler@bsmlaw.com

*Attorneys for Plaintiffs*

By: *s/ Mark C. Willis*
   Mark C. Willis (*admitted pro hac vice*)
   **KUTAK ROCK LLP**
   1801 California Street, Suite 3000
   Denver, Colorado 80202
   (303) 297-2400
   mark.willis@kutakrock.com

   W. Travis Parham (TN# 16846)
   **WALLER LANSDEN DORTCH & DAVIS, LLP**
   511 Union Street, Suite 2700
   Nashville, TN 37219
   (615) 244-6380
   Travis.parham@wallerlaw.com

*Attorneys for Defendant*
*East Lake Acquisition Company IV LLC*

2

4829-6390-3306.1
Case 3:16-cv-00561-JRG-CCS   Document 32   Filed 06/13/17   Page 2 of 3   PageID #: 457

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017 I electronically filed and served the foregoing **ALTERNATIVE DISPUTE RESOLUTION STATUS REPORT** with the Clerk of Court using the CM/ECF system, and served a copy on the following via e-service through the CM/ECF system as indicated below:

Daryl R. Fansler, Esq.
BERNSTEIN, STAIR & McADAMS, LLP
116 Agnes Road
Knoxville, Tennessee 37919
dfansler@bsmlaw.com

*Attorneys for Plaintiffs*

W Travis Parham
Waller, Lansden, Dortch & Davis, LLP
(Nashville)
Nashville City Center
511 Union Street
Suite 2700
Post Office 198966
Nashville, TN 37219-8966
615-244-6380
Fax: 615-244-6804
Email: travis.parham@wallerlaw.com

*Attorneys for Defendant*
*East Lake Acquisition Company IV LLC*


       *s/Mark C. Willis*
       Mark C. Willis