# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

CC HOLDINGS, LLC,
CC BRIARCLIFF, LLC,
CONTINUUM COURTYARDS, LLC,
AND COURTYARDS BRIARCLIFF, LLC,

    Plaintiffs/Counter-Defendants,

vs.                                                                       Docket No. 3:16-CV-00561

EAST LAKE ACQUISITION COMPANY IV, LLC

    Defendant/Counter-Plaintiff.

## MOTION TO STRIKE AND/OR ALTERNATIVELY TO SEAL A DOCUMENT

On June 9, 2017, the Plaintiffs/Counter-Defendants filed a Notice of Issuance of Subpoena (Doc. 29), pursuant to Fed. R. Civ. P. 45(a)(4). The Exhibit B attached to the subpoena was inadvertently filed with the notice. Exhibit B is a document that is subject to the Agreed Protective Order (Doc. 26) entered on May 15, 2017 and should not have been filed.

Plaintiffs/Counter-Defendants move the Court for an Order striking Exhibit B from the judicial record. Alternatively, they move the Court for an Order placing the document under seal.

Respectfully submitted this 22nd day of June, 2017.

                                                    ATTORNEYS FOR PLAINTIFFS

                                                     *s/ DARYL R. FANSLER*
                                                     DARYL R. FANSLER (BPR 010219)

BERNSTEIN, STAIR & MCADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
(865) 546-8030

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                               *s/ DARYL R. FANSLER*
                                               DARYL R. FANSLER (BPR 010219)
                                               BERNSTEIN, STAIR & MCADAMS LLP
                                               116 Agnes Road
                                               Knoxville, Tennessee 37919
                                               (865) 546-8030